UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.　　　　　　　　　　　　　　　　AMENDED ORDER
　　　　　　　　　　　　　　　　　　Criminal No. 94-139(1)(MJD)

Ivory Mosby,
a/k/a Rafiq Zareef Muyhaymin,

    Defendant.

_____

    Andrew Winter, Assistant United States Attorney for and on behalf of the United States.

    Andrea George, for and on behalf of Defendant.

_____

    The conditions of Defendant's supervised release are hereby modified as follows:

    Defendant will reside for a period up to 180 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility, and the United States Probation Office is granted permission to disclose the Presentence Investigation Report to mental health professionals and to the State of Minnesota officials to assist in determining any treatment needs and risk level classification of Defendant.

Date: February 27, 2007

                                          s / Michael J. Davis
                                          Michael J. Davis
                                          United States District Court