## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                              **ORDER**
                                Criminal File No. 94-139 (MJD)

IVORY MOSBY,

      Defendant.

Defendant Ivory Mosby has filed a letter request asking for prompt release of a certified copy of his psychological evaluation performed by the Bureau of Prisons. [Docket No. 156] There is no information on the record regarding the Bureau of Prisons' position on Defendant's request. Therefore, the Government is ordered to file a written response explaining the Bureau of Prisons' position with respect to Defendant's request and the timeline for providing the certified copy, if appropriate.

Accordingly, **IT IS HEREBY ORDERED**:

The Government shall file a response to Defendant's letter request by Tuesday, May 10, 2011, at noon.

Dated:  May 6, 2011                s/ Michael J. Davis
                                          Michael J. Davis
                                          Chief Judge
                                          United States District Court