## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                **ORDER**
                                Criminal File No. 94-139 (MJD)

IVORY MOSBY,

        Defendant.

Defendant Ivory Mosby filed a letter request asking for prompt release of a certified copy of his psychological evaluation performed by the Bureau of Prisons, in order to complete his application to the Social Security Administration. [Docket No. 156] Mosby is no longer in BOP custody. The Government represents that the Bureau of Prisons has no objection to release of the requested document to Mosby. [Docket No. 158]

Because, through his Probation Officer, Mosby has indicated that he needs an unofficial copy of his psychological evaluation immediately, the Court will provide an unofficial copy of the evaluation, which is in the Court's possession, to Mosby's Probation Officer, pending issuance of the requested certified copy by the Bureau of Prisons.

Accordingly, **IT IS HEREBY ORDERED**:

The Government shall promptly provide Defendant Ivory Mosby with a certified copy of his psychological evaluation performed by the Bureau of Prisons.


Dated:  May 13, 2011            s/ Michael J. Davis
                                Michael J. Davis
                                Chief Judge
                                United States District Court